UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VICTOR SONSINO | : | CASE NO. 21-54258-lrc |
| | : | |
| Debtor | : | |
| | : | |
| CATHY L. SCARVER, | : | |
| as Chapter 7 Trustee, | : | ADVERSARY PROCEEDING |
| | : | NO. 22-05163 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ATLANTA LEGACY HOLDINGS, LLC, | : | |
| | : | |
| Defendant | : | |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), made applicable by Fed. R. Bankr. P. 7041, the parties hereby stipulate to the dismissal of this adversary proceeding, with prejudice.

Dated: February 6, 2025

**Stipulated to by:**

LAMBERTH, CIFELLI, ELLIS
& NASON, PA
*Attorneys for Plaintiff*

By: */s/ G. Frank Nason, IV*
    G. Frank Nason, IV
    Georgia Bar No. 535160
    fnason@lcenlaw.com
6000 Lake Forrest Drive, NW
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Stipulated to by:**

FREEMAN MATHIS & GARY, LLP
*Attorneys for Defendant*

By: */s/ Brian S. Goldberg*
    Brian S. Goldberg
    Georgia Bar No. 128007
    Brian.Goldberg@fmglaw.com
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(678) 996-9140

## Certificate of Service

This is to certify that I have on this day electronically filed the foregoing *Stipulation of Dismissal, with Prejudice* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Dated: February 6, 2025

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA  30328
(404) 262-7373